IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| **CAROLINE DENSLOW GRUBBS,** | ) | **Case No. 09-17296-SAH** |
| | ) | **Chapter 7** |
| Debtor(s). | ) | |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **CLAIMANT** | **AMOUNT** |
|---|---|
| Claim No. 1<br>City of Shawnee | $2.73 |
| | _____ |
| Total | $2.73 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $2.73, will be deposited with the clerk into unclaimed funds.

DATE: October 19, 2010            s/ Lyle Nelson
                                  Lyle R. Nelson, OBA#10914
                                  Two Leadership Square
                                  211 N. Robinson, Suite 1300
                                  Oklahoma City, OK  73102
                                  (405) 232-4021 Phone/(405) 232-3746 Fax
                                  TRUSTEE